# UNITED STATES DISTRICT COURT
## District of Minnesota

Bryan Jasmany Chafla Silva

Petitioner,

v.

Kristi Noem, Todd M. Lyons,
David Easterwood, Pamela Bondi,
Warden, and Executive Office for Immigration Review

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: **0:26-cv-00466-DSD-DJF**

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The petition for writ of habeas corpus [ECF No. 1] is granted as follows:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226; 3

2. Respondents shall provide petitioner a bond hearing in accordance with 8 U.S.C. § 1226(a)(2)(A) within seven days of the date of this order; and

3. Respondents are enjoined from removing, transferring, or otherwise facilitating the removal of petitioner from the District of Minnesota before the bond hearing.

Date: 1/26/2026

KATE M. FOGARTY, CLERK